**U.S. District Court for the Northern District Of Illinois**
**Limited Attorney Appearance Form As**
**Settlement Assistance Program Counsel**

Case Title: Richardson v. Cagbabanua, et al. Case Number: 1:23-cv-16082

A limited appearance is hereby filed by the undersigned as settlement assistance program counsel for (indicate the name of the party(s) being represented:
Jamie L. Richardson

By filing this appearance, undersigned counsel represents that he/she has not entered into, and will not seek to enter into, any agreement with the party for payment by the party of fees and/or costs.

Attorney name (type or print): Mark S. Eisen

Firm: Benesch, Friedlander, Coplan & Aronoff LLP

Street address: 71 S. Wacker Drive, Suite 1600

City/State/Zip: Chicago, Illinois 60606

Bar ID Number: 6312738            Telephone Number: 312-212-4949
(See item 3 in instructions)

Email Address: meisen@beneschlaw.com

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 06/23/2025

Attorney signature:    S/ Mark S. Eisen
_____
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/10/2015